UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUGH F. BOYD, III and SANDRA S. BOYD, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br>v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al.,<br><br>                  Defendants | No. 04-10252-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendants Massachusetts Financial Services Company, MFS Investment Management, and Sun Life Financial Inc.

Respectfully Submitted,

MASSACHUSETTS FINANCIAL SERVICES COMPANY, MFS INVESTMENT MANAGEMENT, and SUN LIFE FINANCIAL INC.,

By their attorneys,

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

April 6, 2004

BOSTON 1884176v1

-2-

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

Thomas M. Sobol
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA  02110

Robert M. Roseman
Andrew D. Abramovitz
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Carol V. Gilden
Louis A. Kessler
Much Shelist Freed Denenberg Ament
& Rubenstein, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606

John D. Donovan, Jr.
Jane Willis
Carisa Kleymeyer
Ropes & Gray
One International Place
Boston, MA 02110-2624

/s/ Jonathan A. Shapiro_____
Jonathan A. Shapiro

Dated:  April 6, 2004