UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HUGH F. BOYD, and SANDRA S. BOYD,
Individually and on Behalf of All Others Similarly
Situated,

                            Plaintiffs,

          v.                                                    No. 04-10252-NG

MASSACHUSETTS FINANCIAL SERVICES
COMPANY, ET AL.,

                            Defendants

## STIPULATION AND ORDER TO EXTEND
## TIME TO RESPOND TO COMPLAINT

Plaintiffs and defendants, by their undersigned counsel, hereby stipulate and agree

that the time within which defendants may answer, move, or otherwise respond to the

complaint in this action shall be governed by any scheduling order(s) imposed by the

U.S. District Court for the District of Maryland in MDL 04-1586.

On March 17, 2004, pursuant to Rule 7.5(e) of the Rules of Procedure of the

Judicial Panel on Multidistrict Litigation, defendants filed a notice identifying this case as

a tag-along action to those already consolidated by the Judicial Panel in In re Mutual

Funds Investment Litigation, MDL No. 04-1586. The parties believe that an order

conditionally transferring this action to the District of Maryland for consolidation with

the cases already transferred (which similarly contain allegations regarding market-

timing) is forthcoming. The parties, therefore, agree that the time by which defendants

may answer, move, or otherwise respond to the complaint in this action will be governed

by the scheduling order of the U.S. District Court for the District of Maryland, the

transferee court.

Plaintiff and defendants respectfully request that the Court approve their
stipulation.

Respectfully Submitted,

HUGH F. BOYD, III and SANDRA S.
BOYD, Individually and on behalf of all
others similarly situated,

By his attorneys,

/s/ Thomas M. Sobol / JAS by permission
Thomas M. Sobol (BBO #471771)
HAGENS BERMAN
225 Franklin Street, 26th Floor
Boston, MA  02110
(617) 482-3700

Robert M. Roseman
Andrew D. Abramowitz
SPECTOR, ROSEMAN & KODROFF,
P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
(215) 496-0300

Carol V. Gilden
Louis A. Kessler
MUCH SHELIST FREED DENENBERG
AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 521-2403

Respectfully Submitted,

MASSACHUSETTS FINANCIAL
SERVICES COMPANY, MFS
INVESTMENT MANAGEMENT, and
SUN LIFE FINANCIAL, INC.,

By their attorneys,

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

MFS SERIES TRUST I, MFS SERIES
TRUST II, MFS SERIES TRUST III, MFS
SERIES TRUST IV, MFS SERIES
TRUST V, MFS SERIES TRUST VI, MFS
SERIES TRUST VII, MFS SERIES
TRUST VIII, MFS SERIES TRUST IX,
MFS SERIES TRUST X, MFS SERIES
TRUST XI, MFS CAPITAL
OPPORTUNITIES FUND, MFS CORE
GROWTH FUND, FMS EMERGING
GROWTH FUND, MFS LARGE CAP
GROWTH FUND, MFS MANAGED
SECTORS FUND, MFS MID CAP
GROWTH FUND, MFS NEW
DISCOVERY FUND, MFS NEW
ENDEAVOR FUND, MFS RESEARCH
FUND, MFS STRATEGIC GROWTH
FUND, FMS TECHNOLOGY FUND,
MFS UTILITIES FUND, MFS VALUE
FUND, MASSACHUSETTS INVESTORS
TRUST,

MFS AGGRESSIVE GROWTH
ALLOCATION FUND,MFS
CONSERVATIVE ALLOCATION
FUND, MFS MODERATE
ALLOCATION FUND, MFS BOND
FUND, MFS EMERGING MARKETS
DEBT FUND, MFS GOVERNMENT
LIMITED MATURITY FUND, MFS
GOVERNMENT MORTGAGE FUND,
MFS GOVERNMENT SECURITIES
FUND, MFS HIGH INCOME FUND,
MFS HIGH YIELD OPPORTUNITIES
FUND, MFS INTERMEDIATE
INVESTMENT GRADE BOND FUND,
MFS LIMITED MATURITY FUND, MFS
RESEARCH BOND FUND, MFS
STRATEGIC INCOME FUND, MFS
ALABAMA MUNICIPAL BOND FUND,
MFS ARKANSAS MUNICIPAL BOND
FUND, MFS CALIFORNIA MUNICIPAL
BOND FUND, MFS FLORIDA
MUNICIPAL BOND FUND, MFS
GEORGIA MUNICIPAL BOND FUND,
MFS MARYLAND MUNICIPAL BOND
FUND, MFS MASSACHUSETTS
MUNICIPAL BOND FUND, MFS
MISSISSIPPI MUNICIPAL BOND
FUND, MFS MUNICIPAL BOND FUND,
MFS MUNICIPAL LIMITED
MATURITY FUND, MFS NEW YORK
MUNICIPAL BOND FUND, MFS
NORTH CAROLINA MUNICIPAL
BOND FUND, MFS PENNSYLVANIA
MUNICIPAL BOND FUND, MFS
SOUTH CAROLINA MUNICIPAL
BOND FUND, MFS TENNESSEE
MUNICIPAL BOND FUND, MFS
VIRGINIA MUNICIPAL BOND FUND,
MFS WEST VIRGINIA MUNICIPAL
BOND FUND, MFS EMERGING
MARKETS EQUITY FUND, MFS
GLOBAL EQUITY FUND, MFS
GLOBAL GROWTH FUND, MFS
GLOBAL TOTAL RETURN FUND, MFS
INTERNATIONAL GROWTH FUND,

MFS INTERNATIONAL NEW
DISCOVERY FUND, MFS
INTERNATIONAL VALUE FUND, MFS
RESEARCH INTERNATIONAL FUND,

By their attorneys,


/s/ Jane Willis / JAS by permission
John D. Donovan, Jr. (BBO #130950)
Jane Willis (BBO #568024)
ROPES & GRAY
One International Place
Boston, MA  02110-2624
(617) 951-7000

May 7, 2004

SO ORDERED:

Dated:  6/15/04

Nancy Gertner
United States District Judge