UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUGH F. BOYD, III and SANDRA S. BOYD, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al.,<br><br>　　　　　　　　　　　Defendants. | CIVIL ACTION<br>No. 04-cv-10252-NG |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Thomas M. Sobol of Hagens Berman LLP hereby withdraws as counsel for Hugh F. Boyd, III, and Sandra S. Boyd in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ Thomas M. Sobol
　　　　　　　　　　　　　　　　　　　Thomas M. Sobol (BBO# 471770)
　　　　　　　　　　　　　　　　　　　HAGENS BERMAN LLP
　　　　　　　　　　　　　　　　　　　One Main Street, 4th Floor
　　　　　　　　　　　　　　　　　　　Cambridge, MA  02142
　　　　　　　　　　　　　　　　　　　Phone: (617) 482-3700
　　　　　　　　　　　　　　　　　　　Fax: (617) 482-3003

Dated: July 7, 2004